# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:  Jonathan P. Schlinkert                                  Case Number:  17-21218
        Debtor

## UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $5100.00, check #1072583, for the following reason:

The debtor has failed or refused to timely negotiate the Trustees' refund check in the referenced case.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

Jonathan P. Schlinkert
1208 Lancashire Drive
Union, KY  41091

Dated:  January 29, 2019

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527