# Payment Voucher and Schedule of Payments

## U.S. Bankruptcy Court

### Kentucky Eastern Bankruptcy court

Voucher #   32240100029

| | |
|---|---|
| **Bureau or Office**<br>U.S. Bankruptcy Court | JIFMS Doc #:  KYEBCLERK23-0285 |
| **Location of Transmitting Office**<br>Kentucky Eastern Bankruptcy court - Lexington<br><br>**Appropriation Summary**<br>2024-6047BK-     $5100.00    **Agency**  8632 | Paid        10/03/2023<br><br>Check #:   00586362 |
| **Payee, and if necessary, address, invoice number or other identification.**    **Amount** | |
| Jonathan P Schlinkert<br>1208 Lancashire Drive<br>Union KY 41091                                        $5,100.00 | |

Case number: 17-21218      Reimbursement of Unclaimed Funds

**Grand Total**   $5,100.00

Created Date:                                Created By:

_____                          _____
Date                                         Authorized certifying officer

Printed by:   Tammi Woolums                                                              Page 1
Printed       10/17/23 1:58 PM                                           UnclaimedFundsVoucher.jrxml